IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DERRICK D. DOUGLAS, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-CV-00359-TES |
| | * |
| CURTIS HODGSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 15, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of September, 2020.

                                                    David W. Bunt, Clerk

                                                    s/ Tydra Miller, Deputy Clerk